<pre>```</pre>



# JONATHAN SUSSMAN, ESQ.

30 Broad Street, 14th Floor, New York, NY 10004
**M**obile: 215-913-9894 **O**ffice: 646-380-1808
**F**ax: 718-744-2977 Sussmanlawpc.com
**E**-Mail: lawyerjonathansussman@gmail.com

February 11, 2022

By ECF

**MEMO ENDORSED**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2022

Re:     **United States v. Wilbright**
        **20CR667 (VEC)**

Dear Honorable Judge Caproni,

    Pursuant to a retainer, I am the attorney retained to represent defendant Travis Breconidge in the above-captioned matter. Mr. Breconidge has been released since his initial appearance in the Southern District of New York on a personal recognizance bond. This letter is respectfully submitted with the consent of the Government to request that the sentencing hearing for Mr. Breconidge be adjourned to April 15, 2022 or after. My office is still awaiting a number of important letters and materials from family and colleagues of Mr. Breconidge. These materials will be crucial for his sentencing memorandum. I would submit that I would expect this to be the final adjournment request, but for unforeseen circumstances. For this reason, we seek an extension to April 15, 2022 or later. The Government, by AUSA Christopher Clore, consents to this request. The Court's time and attention to this matter is appreciated.

I can be reached at my cellphone at 215-913-9894 or my office at 646-380-1808. Please do not hesitate to call or follow up with any questions or concerns if necessary.

Respectfully submitted,

Jonathan Sussman, Esq.

Counsel for Travis Breconidge

Dated: 2-11-22

JS/sj

> Application GRANTED. Mr. Breconidge's sentencing is adjourned to **April 18, 2022 at 3:30 p.m.** The sentencing will be held in person in Courtroom 443. Sentencing submissions are due by **April 4, 2022**.

SO ORDERED.

*Valerie Caproni*  2/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE